# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146834

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRELL DAVID McCLAIN,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146834
COA: 313780
Kalamazoo CC: 2011-001931-FC

On order of the Court, the application for leave to appeal the February 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

h0617



Clerk